OPENTV, INC., Appellant

v.

Joseph MATAL, Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director, U.S. Patent and Trademark Office, Intervenor

2017-1250

United States Court of Appeals, Federal Circuit.

January 16, 2018

ERIKA ARNER, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, argued for appellant. Also represented by JOSHUA GOLDBERG, Washington, DC; CORY C. BELL, Boston, MA.

WILLIAM LAMARCA, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, ROBERT J. McMANUS.

(Prost, Chief Judge, Moore and Reyna, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

KNAUF INSULATION, INC., Knauf Insulation SPRL, Appellants

v.

JOHNS MANVILLE CORPORATION, Johns Manville, Inc., Appellees

2017-1433

United States Court of Appeals, Federal Circuit.

January 16, 2018

JOSHUA PAUL LARSEN, Barnes & Thornburg LLP, Indianapolis, IN, argued for appellants. Also represented by JAMES SWEENEY.

KRISTOPHER L. REED, Kilpatrick Townsend & Stockton LLP, Denver, CO, argued for appellees. Also represented by DARIN JAMES GIBBY, DAVID E. SIPIORA.

(Moore, Wallach, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.